IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 05-CR-30200-MJR |
| | ) | |
| **DEANGELO SANDERS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MEMORANDUM and ORDER**

REAGAN, District Judge:

On December 19, 2005, the Court granted a motion for a psychological/psychiatric examination of Defendant DeAngelo Sanders.

Sanders was examined both by Dr. Jorge Luis of the Bureau of Prisons Federal Detention Center in Miami, Florida and by an independent psychologist/psychiatrist (Dr. Daniel J. Cuneo of Belleville, Illinois). With trial set for June 26, 2006 and both examinations complete, the Court convened a competency hearing on Friday, June 9, 2006.

As stated on the record at that hearing, having heard the evidence and considered the findings of both Dr. Luis and Dr. Cuneo (including Dr. Luis' written report), the Court hereby **DECLARES** Defendant Sanders competent to proceed to trial. More specifically, the Court **FINDS** that DeAngelo Sanders is *not* presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

For the reasons stated on the record at the competency hearing, the Court also

**CONTINUES TRIAL** from June 26, 2006 to July 17, 2006 (9:00 a.m.).  When they appear for trial on the morning of July 17th, counsel should provide both (a) a witness list (combined from both parties to a single list suitable for reading to prospective jurors during voir dire) and (b) proposed jury instructions (with the "marked" copy of each instruction paper-clipped on top of the corresponding "clean" copy).  Counsel should consult the undersigned Judge's web-page regarding the exhibit list(s) needed for trial and contact Courtroom Deputy Annie McGraw with any questions regarding exhibit labeling or lists.

      **IT IS SO ORDERED.**

      **DATED this 12th day of June, 2006.**

      **s/ Michael J. Reagan**
      **MICHAEL J. REAGAN**
      **United States District Judge**