## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| )  | |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | Case No. 05-CR-30200-MJR |
| ) | |
| DeANGELO SANDERS,   ) | |
| ) | |
| Defendant.   ) | |

## MEMORANDUM and ORDER

**REAGAN, District Judge:**

This case had been set to commence jury trial on July 17, 2006. Defendant Sanders then filed a series of motions. As stated at the in-court status conference on July 21, 2006, the Court **RESET** the hearing on the pending motions (including the motion to suppress, the motions in limine, and the motion for discovery sanctions) for **August 16, 2006 at 10:00 a.m.** and **RESET** trial in the first available slot thereafter – **October 10, 2006 at 9:00 a.m.**

Counsel agree that the pendency of the motions (particularly Sanders' motion to suppress) has further tolled the already-stopped speedy trial clock. The Court specifically **FINDS** that the delay between the June 21, 2006 filing of Sanders' motions and the October 10, 2006 trial date shall be EXCLUDED under the Speedy Trial Act, 18 U.S.C. § 3161(h).

IT IS SO ORDERED.

DATED this 24th day of July 2006.

s/ Michael J. Reagan
MICHAEL J. REAGAN
United States District Judge